# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

DEMESIO E. WILSON,

      Plaintiff,

v.                             CASE NO. 4:17cv253-RH/CAS

JULIE L. JONES, CORIZON
HEALTH, INC., V. CRUSE,
LPN, and A. KIRKLAND, ARNP,

      Defendants.

_____/

## ORDER DISMISSING THE COMPLAINT IN PART

This case is before the court on the magistrate judge's recommendation, ECF No. 48. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The recommendation is accepted and adopted as the court's opinion.

2. The defendant Julie L. Jones's motion to dismiss, ECF No. 38, is granted.

3. The motion of the defendants Corizon Health, Inc., V. Cruse, LPN, and A. Kirkland, ARNP to dismiss, ECF No. 37, is granted in part and denied in part. The claims against Ms. Cruse and Ms. Kirkland are dismissed. The claims against Corizon are not dismissed.

4. I do *not* direct the entry of judgment under Federal Rule of Civil

Procedure 54(b).

5. Corizon must file an answer to the complaint by October 3, 2018.

6. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on September 19, 2018.

s/Robert L. Hinkle
United States District Judge